UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

EDGEWATER BY THE BAY, LLLP,

           Debtor.

_____/

Case No. 08-23611-RAM
Chapter 11

## DEBTOR'S RESPONSE TO CREDITORS. BEATRICE GUANCHEZ, JOSE BARROSO & DELIA M. BARROSO'S MOTION FOR RELIEF FROM STAY

Edgewater by the Bay the Bay LLLP ("***Debtor***"), by and through undersigned counsel, files its Response to Creditors Beatrice Guanchez, Jose Barroso & Delia M. Barroso's Motion for Relief From Stay ("***Motion for Relief From Stay***"). In support thereof, the Debtor states as follows:

I.      **Factual Background**

    A.      **Debtor's Bankruptcy Case**

    1.      On September 18, 2008 ("***Petition Date***"), the Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

    2.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157(b) and 11 U.S.C. §§ 105 and 363(c)(2).

    3.      The Debtor continues to manage and operate its business as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

    4.      The Debtor is a Florida limited liability limited partnership and owns and is developing certain real property located in Miami-Dade County. Specifically, known as IOS on the Bay, the Debtor is developing an intimate bay front enclave of 45 modern boutique bayfront residences, with twenty different models ("***Project***").

**B.**     **State Court Litigation**

5.     On May 28, 2008, Beatrice Guanchez, Juan Barroso and Delia M. Barrosso (collectively, "*Movants*"), as plaintiffs, filed an Amended Complaint against the Debtor, as defendant, in the 11th Circuit in and for Miami-Dade County, Florida (Case No.: 08-22570) ("*State Court Litigation*").

6.     The State Court Litigation alleges two counts: (i) that the Debtor violated section 1703(d) of the Interstate Land Sales Disclosure Act ("*ILSA*") by not permitting the Movants to revoke their Purchase and Sale Agreements (each, a "*PSA*") and by not returning the Movants' deposits ("*Deposits*") which were remitted to the Debtor in connection with each PSA; and (ii) that the Debtor converted the Deposits.

7.     The State Court Litigation was prevented from going forward by the Debtor's filing Bankruptcy.

**II. There is No Basis To Lift the Automatic Stay**

8.     "The automatic stay is the fundamental protection provided to debtors by the Bankruptcy Code." *In re Gale* (*Sansone v. Walsworth*) 99 B.R. 981, 984 (Bankr. C.D. Cal. 1989). It provides debtors with time to attempt a reorganization, "or [to]simply be relieved of the financial pressures that drove them into bankruptcy." *Id.* "Congress intended the automatic stay to be broad in scope to protect both debtor and creditors from a piecemeal dismemberment of the debtor's estate." *Id.* Indeed, "[t]he purpose of the automatic stay is to preserve the debtor's estate and provide for the orderly distribution of the debtor's assets thereby preventing a "chaotic and uncontrolled scramble for the debtor's assets in a variety of uncoordinated proceedings in difference courts." *Holtkamp*

{Firm Clients\5267\5267-1\00474899.DOC.}

2

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

v. *Littlefield* (*In re Holtkamp*), 669 F.2d 505, 508 (7th Cir. 1982)(citing H.R.Rep. No. 595, 95th Cong., 1st Sess. 340 (1977).

9.      Section 362(d)(2) of the Bankruptcy Code provides:

> (d) On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay -
> (2) with respect to a stay of an act against property under subsection (a) Of this section, if -
> (A) the debtor does not have equity in such property; and
> (B) such property is not necessary to an effective reorganization

10.     The Motion for Relief From Stay seeks relief from the automatic stay due to the Movants' assertion that the Debtor does not hold any equity in the Deposits as a result of its breach of the PSAs and the Debtor's alleged noncompliance with ILSA. However, whether the Debtor has breached the PSAs and not complied with ILSA, or more fundamentally whether ILSA even applies, is a matter which has not yet been resolved. The Debtor has equity in the in the Deposits and, in fact, if ILSA does not apply and the Movants have no other basis not to close, the Debtor will own the Deposits in their entirety.

11.     Further, the Deposits and PSAs are necessary to an effective reorganization. The various Purchase and Sale Agreements and the deposits that go with them are vital to an effective reorganization. The Purchase and Sale Agreements and the deposits are the Debtor's main assets and represent the means by which the Debtor intends to reorganize.

{Firm Clients\5267\5267-1\00474899.DOC.}

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

A.     **The Debtor has Equity in the Escrow Deposits**

12.     The Motion for Relief From Stay presupposes that the Debtor breached the PSAs because it did not comply with certain requirements of ILSA; namely section 1703(d) which provides the prospective buyer of a nonexempt project the right to revoke the contract and demand the return of the underlying deposit. However, because the Project contains fewer than 100 units, it qualifies under section 1702(b)(1) of ILSA for exemption, and, therefore, the revocation and demand right contained in section 1703(d) of ILSA does not apply.

13.     Under section 1703(d) of ILSA, a purchaser has two years within to revoke a contract for sale or lease of a lot "not exempt under section 1702." Section 1702 contains two categories of exemptions from ILSA - a complete exemption in subsection (a) for eight categories of sales and a partial exemption in subsection (b) for eight categories of sales or leases, including those involved containing fewer than 100 lots. The Project has 45 units which is obviously less than 100. Thus, on its face, section 1703(d) does not apply to a contract subject to any type of exemption under "section 1702." *See Mayersdorf v. Paramount Boynton, L.L.C.*, 910 So.2d 887, 888 (Fla. Dist. Ct. App. 2005)(section 1703(d) "[c]learly" does not apply to sale subject to a 100-lot exemption allowed by section 1702(b)(1)). Accordingly, the Debtor has not breached the PSA because of noncompliance with ILSA. .

14.     Therefore, whether the Movants timely exercised their purported right to revoke by sending a revocation letter and demanding a return of the Deposit is a red herring as the Debtor did not have an obligation to revoke the PSA and return the Deposit

{Firm Clients\5267\5267-1\00474899.DOC.}

4

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

because it did not have to comply with ILSA.  Accordingly, the Debtor does have equity in the Project and the Movants cannot satisfy section 362(d)(2)(A).

**B.     The Deposits and the PSAs Are Necessary for an Effective Reorganization**

15.     In order to prevail on the Motion for Relief From Stay, the Movants must not only demonstrate that the Debtor has no equity in the Deposits (which it cannot), but they  must also demonstrate that the Deposits and the PSAs are not necessary for the effective reorganization of the Debtor's bankruptcy estate.

16. .   When determining whether property is necessary for an effective reorganization under section 362(d)(2)(B), the Debtor must show the existence of a successful reorganization within an reasonable period of time.    *In re Bellina's Restaurants II, Inc.*, 52 B.R. 509, 511 (Bankr. S.D. Fla. 1985); *In re Kerns*, 111 B.R. 777, 791 (S.D. Ind. 1990)(to determine whether the subject property is necessary to an effective reorganization there must be a reasonable possibility of a successful reorganization within a reasonable time).

17.     When a bankruptcy is in its initial stages, the standard for the determination as to whether there is a reasonable possibility of a successful reorganization within a reasonable time "must be relaxed somewhat." *Id.; See also In re Planned Systems, Inc.*, 78 B.R. 852, 866 (Bankr. S.D. Ohio 1987).  The standard is relaxed because "courts should not scuttle property vital to a debtor's reorganization until the debtor has had a full opportunity to utilize the rehabilitative tools afforded by the Bankruptcy Code." *Id.*

{Firm Clients\5267\5267-1\00474899.DOC.}

5

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

18.    The PSAs and Deposits are certainly necessary for the successful reorganization of the Debtor's bankruptcy estate.  If the automatic stay is lifted and the State Court Litigation is allowed to proceed, vital resources that the Debtor is relying on to reorganize will be lost.  Further, the parties to other litigation involving claims for deposits will surely file their own respective motions for relief from stay, further depleting the resources available to the Debtor to reorganize as the Debtor will have to defend multiple suits outside of the Bankruptcy Court, an exercise which the Debtor specifically sough to avoid by filing bankruptcy.

19.    Given the Petition Date was less than two months ago, the Debtor's bankruptcy is in its infancy and the standard for showing that a successful reorganization should be relaxed.  While the Debtor strongly believes it will successfully reorganize, it has not had a full opportunity to use the rehabilitative tools afforded it by the Bankruptcy Court.  Accordingly, the Debtor should be given leeway when determining whether there is a reasonable possibility of a successful reorganization.

20.    Further, the potential for inconsistent judgments in the pending litigation also militates that the Motion for Stay Relief be denied.  The Debtor could be faced with different judgments in different proceedings regarding the same issues.  However, if the Bankruptcy Court were the forum in which all of these suits were resolved through claims and claims objections or related proceedings, the potential for inconsistent verdicts is eviscerated.

21.    The Deposits and the PSA are necessary to an effective reorganization of the Debtor because they are means by which the Debtor will effectively reorganize and

{Firm Clients\5267\5267-1\00474899.DOC.}

6

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

sell the units of the Project.    Accordingly, the Movants have not satisfied section 362(d)(2)(B) of the Bankruptcy Code and the Motion For Stay Relief must be denied.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order denying the Motion for Relief From Stay and such other and further relief as the Court deems reasonable and necessary under the circumstances.

{Firm Clients\5267\5267-1\00474899.DOC.}

7

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all registered users via the Court's Notice of Electronic Filing on November 14, 2008 and served via mail on the attached Master Service List on November 17, 2008.

s/ Richard S. Lubliner
Richard S. Lubliner, Esquire
Florida Bar No. 0047741
rlubliner@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for Debtor

{Firm Clients\5267\5267-1\00474899.DOC.}

8

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 WACHOVIA FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363

US Trustee
51 SW First Ave, Rm 1204
Miami, FL 33131

Edgewater by the Bay, LLLP
Attn: Michael Cormier
13081 SW 133rd Court
Miami, FL 33186

Above All Concrete, Inc.
14542 SW 147 Ct.
Miami, FL 33196

Access Lifts and Elevators
8362 Pines Boulevard
Suite 380
Pembroke Pines, FL 33024

Advance Consulting Engineering
Services
7800 W Okland Park Blvd, Ste 109
Fort Lauderdale, FL 33351

Advanced Messenger Services, Inc.
2980 West 84th Street
Unit 6
Hialeah, FL 33018

Aerial Photography, Inc.
618 NE 26th St.
Fort Lauderdale, FL 33305

AES Portable Sanitation Inc.
11050 NW 36 Avenue
Miami, FL 33167

Carmen Aguilar
730 N.W. 98th Circle
Plantation, FL 33324

All Florida Paint
15293 SW 172nd St.
Miami, FL 33186

All Professional Striping, Inc.
11925 SW 187th St
Miami, FL 33177

All Safe Training & Consulting, Inc.
3030 SW 103rd Place
Miami, FL 33165

Anna Yarovich Lenchus
Wolfe & Goldstein, PA
100 SE 2nd St, Suite 3300
Miami, FL 33131

APS Security Systems
PO Box 330821
Miami, FL 33233

Archer Elevator Corp.
P.O. Box 351450
Miami, FL 33135-7450

Ardaman & Associates, LLC
2608 W 84 Street
Hialeah, FL 33016

Area Construction
Attn: Luis Leon
13081 SW 133rd Court
Miami, FL 33186

Sally and Nancy Areson
1000 Lowry Street, # 2A
Delray Beach, FL 33483

Asi-Modulex
20202 NE 15th Street
Miami, FL 33179

Atlas Doors Co.
7111 SW 42nd St.
Miami, FL 33155

Banner Supply Company
7195 NW 30 Street
Miami, FL 33122

Barreiro Concrete Corporation
25440 SW 140 Avenue
Princeton, FL 33032

Jose and Delia M. Barroso
1625 NE 104th Street
Miami Shores, FL 33138

Giovanni Benitez
737 Whitesail Drive
Schaumburg, IL 60194

Giovanni Benitez
5220 Beach Breeze Court
Tampa, FL 33609

Bernardo Martinez
6150 SW 40 St Apt A-7
Miami, FL 33155

Bicon Inc. (dba S & S National
Waste)
1060 Skees Road
West Palm Beach, FL 33411

Bond Plumbing Supply
1250 NW 23 Street
Miami, FL 33142

Tim Bond
6033 Heritage Ridge Drive
Hixson, TN 37343

Anita Bonvini
7995 SW 119 Road
Miami, FL 33183

Bravo Architects
250 Catalonia Ave. Suite 403
Coral Gables, FL 33134

Broad and Cassel
7777 Glades Road
Suite 300
Boca Raton, FL 33434

C & C Concrete Pumping Inc.
12599 NW 107 Avenue
Miami, FL 33178

Canon Business Solutions
15004 Collections Center Dr
Chicago, IL 60693

Canon Financial Services, Inc.
PO Box  4004
Carol Stream, IL 60197-4004

Raffaele Capoferro
400 S. Point Drive, Apt. 407
Miami Beach, FL 33139

CDC Contemporary Design
Concepts
12491 S.W. 130th Street, Suite C
Miami, FL 33186

Central Concrete Supermix, Inc.
4300 SW 74 Avenue
Miami, FL 33155

Chalex Cool of Miami
1825 SW 87th Ct.
Miami, FL 33165

City Electric Supply Company
PO Box 609521
Orlando, FL 32860-9521

Civic Construction Company, Inc.
7144 SW 47 Street
Miami, FL 33155

Compass Bank
10060 Skinner Lake Drive
Attn: Jim Little
Jacksonville, FL 32246

Compass Bank c/o Rogers Towers
1301 Riverplace Blvd., Ste 1500
Attn: Anthony A. Anderson, Esquire
Jacksonville, FL 32207

Compass Bank c/o Rogers Towers
1301 Riverplace Blvd., Ste 1500
Attn: Betsy Cox, Esquire
Jacksonville, FL 32207

Concord Express
1535 NW 44th Street
Miami, FL 33142

Concrete Connection
8784 NW 162 Terr
Hialeah, FL 33018

Continental Electric & Steel Corp.
7360 SW 41 Street
Miami, FL 33156

Custom Doors Corp.
1031 NW 21 Street
Miami, FL 33127

Dandy Sand
3180 NW 36th Ave.
Miami, FL 33142

Della Porta Ward & Associates
250 Catalonia Ave.
Suite 706
Miami, FL 33134

Dennis Nowak, Esq.
Tew Cardenas LLP
1441 Brickell Avenue, 15th FL
Miami, FL 33131

DHL Express (USA) Inc.
PO Box 4723
Houston, TX 77210-4723

Richard and Junko Dolsey
370 S. Hibiscus Dr.
Miami Beach, FL 33139

Dynatech Engineering Corp.
750 West 84th Street
Hialeah, FL 33014

Express One Miami
807 Windtree Way
Wellington, FL 33414-4956

Felix M. Valdez Inc.
3040 NW 30 Street
Miami, FL 33142

Ferguson Waterworks Inc.
2361 NW 22 Street
Pompano Beach, FL 33069

Firestop Specialties, Inc.
7553 NW 50 Street
Miami, FL 33166

Flatiron Capital Corp.
PO Box 27802
Newark, NJ 07101-7802

Florida Certified Elevator
Inspections
3389 Sheridan St. Suite 508
Hollywood, FL 33021

Florida Lumber Company
2431 NW 20 Street
Miami, FL 33142

Glass Land Inc.
4471 SW 75 33155
Miami, FL 33155

Grainger
2255 NW 89th Place
Doral, FL 33172

GreenTurf Landscape &
Maintenance
4225 W. 16th Ave. 2nd Floor
Hialeah, FL 33012

H & M Real Estate Group
848 Brickell Key Drive, # 4004
Miami, FL 33131

H & R Paving Inc.
1955 NW 110 Avenue
Miami, FL 33172

Peter Hall
c/o Michael J. Volpe, Esq.
711 Fifth Avenue South
Naples, FL 34102-6628

Brian and Alina Hamm
4975 Kernwood Court
Palm Harbor, FL 34685

Don Hayden and Michael Mertens
c/o Baker & McKenzie, LLP
1111 Brickell Avenue, Ste 1700
Miami, FL 33131

HD Supply Construction Supply Ltd
501 W Church Street
PO Box 2273
Orlando, FL 32805

HD Supply Waterworks Ltd
501 W Church Street
PO Box 2273
Orlando, FL 32805

Heritage Carpet and Tile Inc.
2200 Corporate Drive
Boynton Beach, FL 33426

Holland & Knight LLP
PO Box 864084
Orlando, FL 32886-4084

Keith Hopkins & Lisette Marie
Fernandez
14359 Miramar Parkway, Ste 350
Miramar, FL 33027

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures - Insolvency
PO Box 17167 Stop 5760
Fort Lauderdale, FL 33318

IOS on the Bay Condominium Assn,
Inc.
13081 SW 133rd Court
Miami, FL 33186

IOSBM, LLC
Attn: Felix Murillo
250 Catalonia Ave., Suite 403
Coral Gables, FL 33134

Iron Mountain
PO Box 27128
New York, NY 10087

J & M Scaffolds of Florida
11050 NW 36 Avenue
Miami, FL 33167

JEM Inspections & Engineering
3525 NW 115th Ave.
Miami, FL 33178

Jenny Torres Grau
John C. Dotterrer Counsellors PA
125 Worth Avenue, Suite 310
Palm Beach, FL 33480

John Abell Corporation
10500 SW 186 Street
Miami, FL 33157

John E. Gregory Inc.
4706 NE 11 Avenue
Fort Lauderdale, FL 33334

Jose Garcia
2300 SW 3 Ave #5
Miami, FL 33129

Lester Juarez
1330 SE 9th Ave. Apt. 1
Hialeah, FL 33010

K.N.K Appliances
6461 SW 44th St.
Miami, FL 33155

Kathleen Kasper
2101 Brickell Avenue, # 903
Miami, FL 33129

Kelly Tractor Co.
PO Box 918579
Orlando, FL 32891-8579

Klaus Parking Systems Atlantic Inc.
5943 NW 102 Ave
Miami, FL 33178

John Landers III
844 Belle Meade Island Drive
Miami, FL 33138

Laza Iron Works, Inc.
7251 N. Miami Avenue
Miami, FL 33150

Erin E. Leonard
807 Windtree Way
Wellington, FL 33414-4956

Lester Castillo
27844 SW 129 Place
Homestead, FL 33032

Ben and Vilma Levy
4 Melville Court
Stony Brook, NY 11790

Lighting Connection Inc.
7670 NW 55 Street
Miami, FL 33166

Loncus Plumbing Contractor
882 SW 68 Ct
Miami, FL 33144

Lopefra Corp.
2601 SW 69th Court
Miami, FL 33155

Luis Leon
13081 SW 133rd Court
Miami, FL 33186

LuNar Industrial and Electrical Inc.
15975 SW 117 Avenue
Miami, FL 33177

M.A. Bazart
4760 NW 6th St
Miami, FL 33126

Mark Dubrow
13081 SW 133rd Court
Miami, FL 33186

Matrix 2K9 Corp.
1990 NE 163rd ST. Suite 110
No. Miami Beach, FL 33162

Miami Dade Water and Sewer Dept.
PO Box 026055
Miami, FL 33102-6055

Miami-Dade County Tax Collector
Bankruptcy Unit
140 W Flagler St #1403
Miami, FL 33130

Erica Zaron, Assistant Miami-Dade
County Attorney
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128-1993

Michael Cormier
13081 SW 133rd Court
Miami, FL 33186

Midway Well Drilling
4430 NW 207 Dr.
Miami, FL 33055

Modular Space Corporation
fka Resun Leasing, Incorporated
1200 Swedesford Road
Berwyn, PA 19312

Luis Jose Molla
900 South Shore Drive
Miami Beach, FL 33141

Moran General Contractors
15221 SW 109 Avenue
Miami, FL 33157

Philip Morin
671 NE 51st Street
Miami, FL 33137

Mr. Cool Waters, Inc.
12267 SW 132nd Court
Miami, FL 33186

Jose Mugrabi
801 Brickell Key Drive, Apt. 1110
Miami, FL 33131

Oliva Brick Inc.
11921 W Okeechobee Road
Hialeah Gardens, FL 33016

Jean Marc Orlando and Max
Ouaknine
319 Old Colony Road
Hartsdale, NY 10530

Oscar Fernandez
13081 SW 133rd Court
Miami, FL 33186

Pacific Engineering & Construction
7500 NW 82 Place
Miami, FL 33166

Paragon Painting & Waterproofing
Inc.
3550 SW 139 Avenue
Hollywood, FL 33027

Pedder Interiors
11275 SW 50 St
Miami, FL 33165

Piloto Iron Work
7100 NW 37 Ave
Miami, FL 33147

PLB Construction Inc.
1720 SW 92 Court
Miami, FL 33165

Poes Rentals
7901 W 4 Avenue
Hialeah, FL 33014

Precast Depot Inc.
11002 NW South River Drive
Medley, FL 33178

Premier Elevator Company
230 Andrew Drive
Stockbridge, GA 30281

PTE Strand Company Inc.
1950 W 8 Street
Hialeah, FL 33010

Quality Prints & Supplies, Inc.
8300 SW 8th St. #101
Miami, FL 33144

RCR Wood
14055 SW 143 Ct
Bay 10
Miami, FL 33186

Robert E. Samara, P.E. P.A.
7901 SW 67th Ave
Ste 207
Miami, FL 33143

Roberto R. Brizuela & Associates
121 NW 136 Court
Miami, FL 33182

Madeleine Romanello
29 NE 96 Street
Miami, FL 33138

Stephen and Cathleen Rose
6416 Camellia Point Way
Roseville, CA 95678

Rosen Building Supplies
dba Rosen Material
5310 NW 33 Avenue, Suite 100
Fort Lauderdale, FL 33309

S & S National Waste
1060 Skees Rd
West Palm Beach, FL 33411

Scale Construction, Inc.
2468 SW 153 Place
Miami, FL 33185

Security Innovative Solutions, Inc.
3921 SW 47th Avenue
Suite 1009
Davie, FL 33314

Servpro of Brickell
2520 SW 22nd St
Suite 2-301
Miami, FL 33145

Ilana Shahar
11088 White Hawk Street
Plantation, FL 33324

Sherwin Williams Company (The)
2699 Lee Road
Suite 200
Winter Park, FL 32789

Silmar Electronics Inc.
3405 NW 113 Court
Miami, FL 33178

Simplikate Systems, LLC
Attn: Steven J. Christensen
1815 Griffin Road, Ste 404
Dania, FL 33004

Sims Crane & Equipment Co
1219 N Highway 301
Tampa, FL 33619

Stock Building Supply
1001 West Mowry Drive
Homestead, FL 33030

Suncoast Contracting Corp.
13081 SW 133 Court
Attn: Oscar Fernandez
Miami, FL 33186

Roger and Fern Tausig
616 Cedar Grove
Orange, CT 06477

The Continental Group
2950 NW 28th Terr.
Hollywood, FL 33020

ThyssenKrupp Safway Inc.
2365 Ali Baba Avenue
Opa Locka, FL 33054

Tim Hodgins Landscaping
21001 SW 167 Avenue
Miami, FL 33187

Triangle Surveying & Mapping Inc.
8609 NW 66 Street
Miami, FL 33166

United Rentals
Location # G14
3501 State Road 7
Davie, FL 33314

George Westring
1305 San Ignacio Avenue
Miami, FL 33146

WHR Holdings, LLC
2821 Evans Street
Hollywood, FL 33020

Wilkinson Hi-Rise
2821 Evans St.
Hollywood, FL 33020

WithumSmith & Brown
Attn: Jim Bourke, CPA
5 Vaughn Drive
Princeton, NJ 08540

Xcel Engineering Corp.
7785 NW 56th St.
Miami, FL 33166

Zero Fractal
1749 NE Miami CT
Suite 316
Miami, FL 33132

Francisco Sorrentino
and Marcelo Cabane
63 Talcott Rd
Rye Brook, NY 10573

Andre Roger & Bridget B. Weiss
PO Box 531012
Miami, FL 33153-1012

Fortress Real Estate Holdings, Inc.
Attn: Joel Ramsden
1005 Brooks Lane
Delray Beach, FL 33483

Majestic Properties Miami, Inc.
Attn: Jeff Moor
35 NE 40 Street
Miami, FL 33137

Andre Roger & Bridget B. Weiss
Kirchweg 28
CH-5420 Ehreddingen
SWITZERLAND

Josiane Arzeno and Bernard Ternus
898 Route du Beausset
Bandoi 83150
FRANCE

Beatrice Guanchez
Calle El Trebol
Residencias Country House, A-4
La Boyera, Miranda 1080 Venezuela

Nick Felzen, Esquire
Law Offices of Nick Felzen, PA
1390 S. Dixie Hwy, Ste 1107
Coral Gables, FL 33146

Fred Viera, Esquire
Law Office of Fred Viera, PL
9380 SW 72nd Street, Ste B220A
Miami, FL 33173

Elizabeth Lee Beck, Esquire
Beck & Lee Business Trial Lawyers
28 W. Flagler Street, Ste 555
Miami, FL 33130

Brian Barakat, Esquire
Barakat, Prempeh & Jacobs, P.L.
169 East Flagler Street, Ste 1640
Miami, FL 33131

~~Arrahaim and Esther Engel~~
~~1000 West Avenue, # 911~~
~~Miami Beach, FL 33139~~

~~Fortress Real Estate Holdings, Inc.~~
~~Attn: Joel Ramsden~~
~~555 S. Federal Highway, Suite 200~~
~~Boca Raton, FL 33432~~

~~Serano & Associates Construction~~
~~Inc.~~
~~3998 Island Club Dr.~~
~~Tamarac, FL 33319~~

~~Century Plumbing Wholesale Inc.~~
~~901 SW 69 Avenue~~
~~Miami, FL 33144~~

~~Vega Concrete Pump & Finishing~~
~~PO Box 139033~~
~~Hialeah, FL 33013~~

~~E. Rivera Construction Group Inc.~~
~~5730 Island Club Dr~~
~~Tamarac, FL 33319~~

~~Eliahu Gigi~~
~~2904 Lasgallinas Ave.~~
~~San Rafael, CA 94903~~

~~Orit Gigi~~
~~2904 Lasgallinas Avenue~~
~~San Rafael, CA 94903~~