

**ORDERED in the Southern District of Florida on November 19, 2008.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

EDGEWATER BY THE BAY, LLLP,            Case No. 08-23611-RAM
                                       Chapter 11
        Debtor.
_____/

### ORDER DENYING CREDITORS BEATRICE GUANCHEZ, JOSE BARROSO & DELIA M. BARROSO'S MOTION FOR RELIEF FROM STAY [DE 56]

**THIS CAUSE** came before the Court at a duly noticed hearing on November 18, 2008 at 1:30 p.m. upon the Creditors Beatrice Guanchez, Jose Barroso & Delia M. Barroso's Motion for Relief From Stay [D.E. #56] (the "Motion"). The Court having considered the Motion, the record in this matter and having heard argument of counsel, it is

**ORDERED** as follows:

1.    The Motion is **DENIED** provided that Edgewater by the Bay, LLLP shall file an

Firm Clients\5267\5267-1\00475813.WPD.            1

adversary proceeding by December 18, 2008 seeking declaratory relief as to whether the contracts that are the subject of litigation in the following actions, or other similar actions, are exempt from the Interstate Land Sales Fill Disclosure unless otherwise resolved:

- *Luis Jose Molla v. Edgewater by the Bay, LLLP*, Case No. 2007-41218-CA-24

- *Beatrice Guanchez v. Edgewater by the Bay, LLLP*, Case No. 2008-22570-CA-04

- *George Westring v. Edgewater by the Bay, LLLP*, Case No. 2008-33905-CA-32

- *Kathleen Kasper v. Edgewater by the Bay, LLLP*, Case No. 07-23364

###

**Submitted by:**

Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
Attorneys for the Debtor

Copies to: Peter D. Russin, Esquire
(Attorney Russin shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)